IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSE GUADALUPE GONZALES                                                                    PLAINTIFF

v.                                    Civil No.05-5062

WAL-MART ASSOCIATES, INC.                                                                  DEFENDANT

## **O R D E R**

On February 28, 2006, defendant Wal-Mart Associates, Inc. filed a motion to compel (Doc. #9). This motion was referred to me on March 1, 2006 (Doc. #11). Subsequent to this referral, I was advised that the parties had arrived at a settlement in this case. Accordingly, the motion is hereby dismissed as moot.

IT IS SO ORDERED this 10th day of March 2006.


/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE